# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Severo Alelei | ) | Case No. 3:22MJ831 (TOF) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **September 8, 2022** in the county of **Hartford** in the District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Possession with intent to distribute and distribution of fentanyl; conspiracy to distribute fentanyl. |

This criminal complaint is based on these facts:

See Affidavit of DEA Task Force Officer Michael Breen, dated today.

☐ Continued on the attached sheet.

MICHAEL BREEN (Affiliate)
Digitally signed by MICHAEL BREEN (Affiliate)
Date: 2022.09.08 15:55:10 -04'00'

*Complainant's signature*

Michael Breen, Task Force Officer, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 09/08/2022

Date: 2022.09.08 16:03:33 -04'00'

*Judge's signature*

City and state: Hartford, CT

Thomas O. Farrish
*Printed name and title*