# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States of America**<br>**Plaintiff** | : | Crim. No. 3:22-CR-00199-MPS |
| v. | : | |
| **Severo Alelar (aka Severo Avelar)**<br>**Defendant** | : | February 15, 2023 |

## WAIVER UNDER SPEEDY TRIAL ACT

I, SEVERO AVELAR, hereby state that, upon advice of counsel, I freely and knowingly waive any rights to a speedy sentencing I may have under the provisions of the United States Code or Federal Rule of Criminal Procedure from today, February 10 2023, or any date thereafter to April 17, 2023, for the reason that counsel has pre-planned vacations during the week of April 10 through April 16, 2023, and sentencing is currently scheduled for April 13, 2023.

    I submit that the ends of justice will be served by permitting a short continuance for sentencing due to counsel's scheduling conflict. Counsel's representation at sentencing outweighs the public's interest in a speedy sentencing.

_Severo Avelar_                      2-10-23
**Severo Avelar**                          **DATE**

**Approved:**

_Virginia M. Gillette_
**Virginia M. Gillette, Esq.**
**Attorney**

## **CERTIFICATION**

     I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            /s/_____
                                            Virginia M. Gillette